THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHEEN D. ROBINSON, Appellant. [852 NYS2d 893]—

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]). Contrary to the contention of defendant, his constitutional right to

a speedy trial was not violated by the 16-month period between the date of his arrest and the entry of his plea (*see generally People v Taranovich*, 37 NY2d 442, 444-445 [1975]; *People v Manuel*, 39 AD3d 1185, 1186 [2007], *lv denied* 9 NY3d 878 [2007]). The 16-month period primarily was caused by County Court's delay in issuing an order determining defendant's omnibus motion and by court congestion (*see People v Cartledge*, 147 AD2d 917 [1989], *lv denied* 74 NY2d 662 [1989]), and we note in addition that defendant's incarceration during that period of time was attributable in part to unrelated charges (*see People v Jenkins*, 2 AD3d 1390 [2003]).

Contrary to the further contention of defendant, he was not eligible to be sentenced pursuant to the 2004 Drug Law Reform Act ([DLRA] L 2004, ch 738) because he committed the instant offense on May 6, 2004, prior to the date on which the DLRA became effective (*see People v Utsey*, 7 NY3d 398, 403 [2006]; *see also People v Moore*, 38 AD3d 1313 [2007], *lv denied* 9 NY3d 848 [2007]). Defendant failed to preserve for our review his contention concerning his appearance in shackles before the grand jury (*see People v Abron*, 37 AD3d 1163 [2007], *lv denied* 8 NY3d 980 [2007]; *see also People v Winfield*, 267 AD2d 486 [1999], *lv denied* 94 NY2d 927, 95 NY2d 806 [2000]), as well as his contention concerning his alleged inability to confer with defense counsel during the grand jury proceeding (*see People v Baker*, 294 AD2d 888, 889 [2002], *lv denied* 98 NY2d 708 [2002]), and we decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.